# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| RENWICK JARVIS | CIVIL ACTION |
| VERSUS | |
| RACETRAC PETROLEUM, INC. | NO.: 19-453-BAJ-RLB |

## ORDER OF REMAND

Considering the **Joint Consent to Remand (Doc. 7)**, and in accordance with 28 U.S.C. § 1447(c),

**IT IS ORDERED AND ADJUDGED** that this action is **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge.

Baton Rouge, Louisiana, this 29th day of August, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC

1